UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT FAMILY VINEYARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>　　　　Defendant. | Case No. 16-cv-00125-JST<br><br>**ORDER CONTINUING HEARING ON PETITIONER'S AMENDED PETITION AND MOTION TO VACATE ARBITRATION AWARD**<br><br>Re: ECF Nos. 20, 21 |

Before the Court is Plaintiff Bryant Family Vineyard's Amended Petition and Motion to Vacate Arbitration Award. ECF No. 20. Plaintiff has also filed a Notice of Hearing in regards to the Amended Petition and Motion to Vacate, setting a hearing on March 17, 2016. ECF No. 21. The Court notes that there is a pending Motion to Dismiss for Insufficient Process, ECF No. 14, which is also scheduled to be heard on March 17, 2016. The hearing on the Amended Petition and Motion to Vacate is therefore continued to April 21, 2016, at 2:00 p.m. Defendant may file an opposition no later than March 31, 2016, and Plaintiff may file a reply no later than April 7, 2016.

IT IS SO ORDERED.

Dated: February 28, 2016

_____
JON S. TIGAR
United States District Judge